IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLOSSOMS & BLOOMS, INC.**, *et al.*,<br><br>   Plaintiffs,<br><br>   *v.*<br><br>**JANE DOE**, *also known as Jessica Walters, account owner of Facebook Account ID # 100072476017484*,<br><br>   Defendant. | CIVIL ACTION<br><br>NO. 22-1557-KSM |

## ORDER

**AND NOW**, this 29th day of July, 2022, upon consideration of Plaintiffs' Motion for Leave to Serve Third-Party Subpoena Prior to a Rule 26(f) Conference (Doc. No. 3), it is hereby **ORDERED** that the Motion is **DENIED.**

    **IT IS SO ORDERED.**

                                            */s/ Karen Spencer Marston*
                                            _____
                                            **KAREN SPENCER MARSTON, J.**